# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS PAVING CORPORATION,
A NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE WILLIAM D.
KEPHART, DISTRICT JUDGE,
Respondents,
and
ALEXANDER SERRANO, AN
INDIVIDUAL; FRED TROISIER, AN
INDIVIDUAL; AND MELINDA ESAU,
AN INDIVIDUAL,
Real Parties in Interest.

No. 74724

FILED

FEB 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for writ relief challenges a district court order granting a motion for a good faith settlement determination. Having reviewed the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular,

18-06212

we are not persuaded that an appeal from a final judgment is an inadequate legal remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we ORDER the petition DENIED.[1]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc: Hon. William D. Kephart, District Judge
Marquis Aurbach Coffing
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Lagomarsino Law
Law Offices of Karl H. Smith/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, we deny as moot the stay motion and motion for extension of time to file an opposition to the stay motion.